## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5.00 For Deposit To Registry Fund

Debtor: __Richard Alan Seibert & Sandra Jeanne Seibert__

Chapter 7 Case No. __07-60647__

Please Check One:

☐ 1  Unclaimed Dividends

x 2  Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Capital Recovery One<br>25 SE 2nd Avenue<br>Suite 1120<br>Miami, FL 33131 | 3 | $80.17 | .29 |
| Capital Recovery One<br>25 SE 2nd Avenue<br>Suite 1120<br>Miami, FL 33131 | 4 | $549.65 | $2.01 |
| US Bank<br>Bankruptcy Dept.<br>PO Box 5229<br>Cincinnati, OH 45201 | 22 | $151.18 | .55 |
| Soo Line Credit Union<br>501 Marquette Ave.<br>Minneapolis, MN 55402 | 28 | $353.54 | $1.30 |
| Chase Bank USA, N.A.<br>c/o Creditors Bky Service<br>PO Box 740933<br>Dallas, TX 75374 | 31 | $58.32 | .21 |

Date: May 19, 2010

/e/ Gene W. Doeling
Trustee Gene W. Doeling
P.O. Box 423
Fargo, ND 58107
701.232.8757