7/27/10

#191212

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5.00 For Deposit To Registry Fund

Debtor:   Richard Alan Seibert & Sandra Jeanne Seibert

Chapter 7 Case No.   07-60647

Please Check One:

☐ 1  Unclaimed Dividends

x 2  Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| First National Credit Card Center<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha, NE  68105-0773 | 2 | $13099.04 | .12 |
| Capital Recovery One<br>25 SE 2nd Avenue<br>Suite 1120<br>Miami, FL  33131 | 4 | $549.65 | .01 |
| Sara J. Hansen & Terry Fish<br>5229 Highway 27 E<br>Alexandria, MN  56308 | 5 | $15000.00 | .14 |
| Cenex Credit Card<br>PO Box 64127<br>St. Paul, MN  55164-0127 | 6 | $1661.27 | .01 |
| Chase Bank USA<br>c/o Weinstein & Riley, P.S.<br>2001 Western Avenue, Suite 400<br>Seattle, WA  98121 | 13 | $8895.18 | .08 |
| Chase Bank USA<br>c/o Weinstein & Riley, P.S.<br>2001 Western Avenue, Suite 400<br>Seattle, WA  9812 | 14 | $4696.42 | .04 |
| Chase Bank USA<br>c/o Weinstein & Riley, P.S.<br>2001 Western Avenue, Suite 400<br>Seattle, WA  9812 | 15 | $5950.33 | .06 |
| Chase Bank USA<br>c/o Weinstein & Riley, P.S.<br>2001 Western Avenue, Suite 400 | 18 | $21440.98 | .20 |

RECEIVED 10 JUL 27 AM 9:

| | | | |
|---|---|---|---|
| Seattle, WA 9812 | | | |
| Marvin & Carolyn Bodeker<br>716 Brendan Ct. NW<br>Alexandria, MN 56308 | 20 | $35000.00 | .32 |
| US Bank<br>PO Box 5229<br>Cincinnati, OH 45201 | 22 | $151.18 | .01 |
| US Bank<br>PO Box 5229<br>Cincinnati, OH 45201 | 23 | $5934.42 | .06 |
| Elan Financial Service<br>PO Box 5229<br>Cincinnati, OH 45201 | 24 | $17185.95 | .15 |
| US Bank<br>PO Box 5229<br>Cincinnati, OH 45201 | 25 | $3716.34 | .04 |
| Bremer Bank<br>8555 Eagle Point Blvd.<br>Lake Elmo, MN 55042 | 29 | $4611.57 | .05 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111 | 32 | $4171.15 | .04 |
| James & Joan Madden<br>17365 Floral View Court<br>Cold Spring, MN 56320 | 33 | $30000.00 | .27 |
| Clifford Fadness<br>18831 County Rd. 29<br>Glenwood, MN 56334 | 34 | $40000.00 | .36 |
| Arlynn & Kathy Trenne<br>1251 Northside Drive<br>Alexandria, MN 56308 | 35 | $20000.00 | .18 |
| Portfolio Recovery Associates, LLC<br>PO Box 12914<br>Norfolk, VA 23541 | 36 | $7033.56 | .07 |
| Carol Meyer<br>5087 Irving Street<br>Alexandria, MN 56308 | 40 | $40000.00 | .36 |

Date: July 23, 2010

/e/ Gene W. Doeling
Trustee Gene W. Doeling
P.O. Box 423
Fargo, ND 58107
701.232.8757

= 2.57